Ella Marie Spillmon
Name

208 Shawnee Ct. S.E.

Albuquerque, NM 87108
Address

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 JUL -8 PM 4: 28

CLERK-ALBUQUERQUE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Ella Marie Spillmon , Plaintiff
(Full Name)

CASE NO. 16CV803 LF
(To be supplied by the Clerk)

V.

UNM/ UNM CASAA , Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A. JURISDICTION

1) Ella Marie Spillmon , is a citizen of New Mexico
   (Plaintiff)                                    ( State )
   who presently resides at 208 Shawnee Ct. S.E., Albuquerque 87108
   (Mailing address or place of confinement)

2) Defendant University of New Mexico/ UNM CASAA is a citizen of
   (Name of first defendant)
   Albuquerque, New Mexico , and is employed as
   (City, State)
   (uncertain what to put here) . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐    No ☐    If your answer is "Yes", briefly explain:
   (uncertain what to put here)

XE-2    2/78         CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant __University of New Mexico__ is a citizen of
    (Name of second defendant)
__Albuqueraque, New Mexico__ , and is employed as
    (City, State)
__(uncertain what to put here)__ . At the time the claim(s)
    ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐   No ☐   If your answer is "Yes", briefly explain:
    (uncertain what to put here)

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.) (uncertain what to put here)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

While being employed by the University of New Mexico in the department of CASAA (Center on Alcohol, Substance Abuse and Addictions, I was subjected to many forms of discrimination, unequal pay, harassment, hostile work environment, retaliation and whistle blower abuse.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

   A)(1)  Count I:   Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act

   (2) Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing leagl authority or argument.)

   Requesting additional time to provide supporting facts.

   B)(1)  Count II:  Retaliation and Wrongful Termination under Whistleblower Protection Act

   (2) Supporting Facts:  Requesting additional time to provide supporting facts.

C)(1) Count III: Unequal Pay

(2) Supporting Facts: Requesting additional time to provide supporting facts.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐  No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

   Plaintiffs: NA

   Defendants: NA

   b) Name of court and docket number: NA

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? NA

   d) Issues raised: NA

- 5 -

e) Approximate date of filing lawsuit: __NA__

f) Approximate date of disposition: __NA__

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes [X]  No [ ]  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.   Uncertain what to put here, but believe it to be:

Went to U.S. Equal Employment Opportunity Commission and was given a "Dismissal and Notice of Suit Rights" as no other relief was received.

## E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:  Uncertain of what all should be placed here, and how to complete.

Punitive damage, compensation, etc...

_____          _____
Signature of Attorney (if any)                          Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on  July 8 , 20 16.
                        (Location)                              (Date)

_____
(Signature)

XE-2  2/78